

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LUIS RAUL CAMACHO, TDCJ-ID #1392365, | § | No. 08-12-00360-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 83rd Judicial District Court |
| | § | |
| MATTHEW K. ROSALES, | § | of Pecos County, Texas |
| | § | |
| Appellee. | § | (TC# P-7108-83-CV) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment.  We therefore reverse the judgment of the court below and remand the cause for further proceedings, in accordance with this Court's opinion.  This decision shall be certified below for observance.

IT IS SO ORDERED THIS 20TH DAY OF JUNE, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.